1432-14

# ELECTRONIC RECORD

COA # 10-13-00294-CR                    OFFENSE: Murder

STYLE: Augustine Cantu Jimenez v. The State of Texas          COUNTY: McLennan

TRIAL COURT:        19th District Court                        _____ MOTION
TRIAL COURT #:      2013-29-C1                    FOR REHEARING IS: _____
TRIAL COURT JUDGE:  Hon. Ralph T. Strother       DATE: _____
DISPOSITION:        Affirmed                      JUDGE: _____


DATE:       September 18, 2014

JUSTICE:    Chief Justice Gray      PC _____   S    X
PUBLISH:    _____         DNP:   X


CLK RECORD:   October 11, 2013        SUPP CLK RECORD:   June 4, 2014
RPT RECORD:   October 22, 2013        SUPP RPT RECORD:   June 17, 2014
STATE BR:     August 6. 2014          SUPP BR:           _____
APP BR:       June 6, 2014            PRO SE BR:         _____


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD                          CCA # __1432-14__

------------------------

___APPELLANT'S___ Petition               Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
___Refused___                            JUDGE: _____
DATE: ___3|18|15___                      SIGNED: _____   PC: _____
JUDGE: ___P.C.___                        PUBLISH: _____  DNP: _____

------------------------

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____   _____ ON _____

JUDGE: _____                     JUDGE: _____